IN THE CIRCUIT COURT OF AUTAUGA COUNTY, ALABAMA

LEAH A. DERAMUS

    Plaintiff,

v.

    Civil Action No.: CV – 2007-9001-32-00

2:08CV23- WC

SAIA MOTOR FREIGHT LINE, LLC,
ET AL.

    Defendant,

### NOTICE OF FILING NOTICE OF REMOVAL

COMES NOW, SAIA Motor Freight Line, LLC, Defendant in the above-styled cause and hereby notifies the Clerk of the Circuit Court of Autauga County, Alabama, of Defendant's filing of the attached Notice of Removal of this action to the United States District Court for the Middle District of Alabama.

Respectfully submitted this 8th day of January, 2008.

_____
COOPER C. THURBER    THU002
K. AMANDA HERNDON    HER048
Attorneys for Defendants, SAIA Motor
Freight Lines, LLC, et al.

OF COUNSEL:

LYONS, PIPES & COOK, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL 36652
P: (251) 432-4481
F: (251) 433-1820
Email: CCT@LPClaw.com
       KAH@LPClaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 9th day of January, 2008, served a true and correct copy of the foregoing via U.S. First Class Mail, postage prepaid, upon the following:

Josh Wright, Esq.
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama 35202

Jerry L. Thornton, Esq.
120 LaFayette Street
P. O. Box 759
Hayneville, Alabama 36040

Clay Hornsby, Esq.
Morris, Haynes & Horsby
3500 Collonade Parkway, Ste. 100
Birmingham, AL 35243

Marvin Harris
2701 Republic Blvd.
Birmingham, AL 35214

Circuit Clerk of Autauga
William W. Moncrief
P.O. Box 681450
Prattville, AL 36068

_____
COOPER C. THURBER