IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LEAH A. DERAMUS,                              *

       Plaintiff,                         *

v.                                           *          CASE NO. 2:08-CV-23-WC

                                   *

SAIA MOTOR FREIGHT LINE, LLC,
ADRIAN L. BOUNDS, and                        *
MARVIN HARRIS, et al.
                                             *
       Defendants.
                                             *

## CONFLICT DISCLOSURE STATEMENT

       COMES NOW, Adrian Bounds, a Defendant, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

     ☒       This party is an individual, or

     ☐       This party is a governmental entity, or

     ☐       There are no entities to be reported, or

     ☐       The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| N/A | N/A |

01/25/08
Date

/s/Cooper C. Thurber
COOPER C. THURBER     THUR4686
K. AMANDA HERNDON     HER048
Attorneys for Defendants, SAIA Motor
Freight Lines, LLC and Adrian L. Bounds


/s/William E. Shreve, Jr.
WILLIAM E. SHREVE, JR.  SHREW3946
Attorney for Defendants, SAIA Motor
Freight Lines, LLC and Adrian L. Bounds


OF COUNSEL:

LYONS, PIPES & COOK, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL  36652
P: (251) 432-4481
F: (251) 433-1820
Email: CCT@LPClaw.com
        KAH@LPClaw.com
        WES@LPClaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of January, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECT system which will send notification of such filing of the following:

Josh Wright, Esq.
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama 35202

Jerry L. Thornton, Esq.
120 LaFayette Street
P. O. Box 759
Hayneville, Alabama 36040

Marvin Harris
2701 Republic Blvd.
Birmingham, AL 35214
(via U.S. Mail)

/s/Cooper C. Thurber
COOPER C. THURBER