# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEAH A. DERAMUS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO.: 2:08-cv-23-WC |
| | ) |
| SAIA MOTOR FREIGHT LINE, LLC, | ) |
| ADRIAN L. BOUNDS, and | ) |
| MARVIN HARRIS, | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW, Joshua L. Firth with the law firm of Hollis, Wright & Harrington, and enters his appearance as additional counsel of record for the Plaintiff.

All future correspondence, pleadings, notices and/or inquiries should be directed to the address and telephone number listed below.

                                          /s/ *Joshua L. Firth*
                                          JOSHUA L. FIRTH (ASB-2783-S68F)
                                          Attorney for Plaintiffs

**OF COUNSEL**:

HOLLIS, WRIGHT & HARRINGTON, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama 35203
(205) 324-3600
(205) 324-3636 Facsimile
joshf@hollis-wright.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following recipients and served upon all non-registered parties to this action by depositing a copy of the same in the U.S. Mail, postage prepaid on this the 4th day of February, 2008:

Cooper C. Thurber
K. Amanda Herndon
William E. Shreve, Jr.
Lyons, Pipes  Cook, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL 36652

Jerry L. Thornton
120 LaFayette Street
P.O. Box 759
Hayneville, AL 36040

Marvin Harris
2701 Republic Blvd.
Birmingham, AL 35214

                                                    /s/ *Joshua L. Firth*
                                                    OF COUNSEL