**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   Leah A. Deramus  v.  SAIA Motor Freight Line, LLC , et al.
       Civil Action No. 2:08-cv-23-WC

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:08-cv-23-MEF. This new case number should be used on all future correspondence and pleadings in this action.