IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEAH A. DERAMUS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-23-MEF |
| | ) |
| SALA MOTOR FREIGHT LINE, | ) |
| LLC, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (DOC. #10) filed on February 4, 2008, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before February 21, 2008. The plaintiff may file a reply brief on or before February 28, 2008.

DONE this 7th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE