IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LEAH A. DERAMUS | * | |
| Plaintiff, | * | Civil Action No. 2:08cv23-WC |
| | * | |
| v. | * | |
| | * | |
| SAIA MOTOR FREIGHT LINE, LLC, ADRIAN L. BOUNDS, and MARVIN HARRIS, et al. | * | |
| | * | |
| Defendants. | | |

## CONSENT TO REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes Marvin Harris, specifically appearing for the purpose of evidencing his consent to the removal of this action to the United States District Court for the Middle District of Alabama.

/s/William E. Shreve, Jr.  KAH
COOPER C. THURBER     THUR4686
WILLIAM E. SHREVE, JR.  SHREW3946
K. AMANDA HERNDON   HER048
Attorneys for Defendants SAIA Motor
Freight Line, LLC; Adrian L. Bounds; and
Marvin Harris

OF COUNSEL:
LYONS, PIPES & COOK, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL  36652
P: (251) 432-4481
F: (251) 433-1820

Email: CCT@LPClaw.com
       WES@LPClaw.com
       KAH@LPClaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served on all known counsel of record via electronic filing on this the 20th day of February, 2008.

Josh Wright, Esq.
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama 35202

Jerry L. Thornton, Esq.
120 LaFayette Street
P. O. Box 759
Hayneville, Alabama 36040

                                          */s/William E. Shreve, Jr.*
                                          WILLIAM E. SHREVE, JR.