**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **LEAH A. DERAMUS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 2:08-cv-23-WC** |
| | ) | |
| **SAIA MOTOR FREIGHT LINE, LLC,** | ) | |
| **ADRIAN L. BOUNDS, and** | ) | |
| **MARVIN HARRIS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**CONFLICT DISCLOSURE STATEMENT**</u>

COMES NOW, Leah A. Deramus, through her undersigned counsel of record, and submits this *Conflict Disclosure Statement* as follows:

1.    The Plaintiff in this case, an individual resident of the State of Alabama, has no reportable relationship with any Judges in this case.  As such, there are no conflicts known with any Judge in this case.

Respectfully submitted,


/s/ *Josh J. Wright*
JOSH J. WRIGHT (ASB- 4891-W51J)
Attorney for Plaintiff

<u>**OF COUNSEL:**</u>

HOLLIS, WRIGHT & HARRINGTON, P.C.
505 North 20th Street
Suite 1500
Birmingham, AL 35203
(205) 324-3600
(205) 324-3636 Facsimile
joshw@hollis-wright.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a true and correct copy of the foregoing via the CM/ECF system and/or U.S. Mail First Class Mail, postage prepaid, to the following, this the 21st day of February, 2008:

Cooper C. Thurber
K. Amanda Herndon
William E. Shreve, Jr.
Lyons, Pipes  Cook, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL 36652

Jerry L. Thornton
120 LaFayette Street
P.O. Box 759
Hayneville, AL 36040

Marvin Harris
2701 Republic Blvd.
Birmingham, AL 35214

/s/ *Josh J. Wright*
OF COUNSEL