IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **LEAH A. DERAMUS,** | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| vs. | \* |
| | \*   CASE NO. 2:08-cv-23-MEF |
| **SAIA MOTOR FREIGHT LINE, LLC,** | \* |
| **ADRIAN L. BOUNDS, and MARIN** | \* |
| **HARRIS,** | \* |
| | \* |
| Defendants. | \* |

**DEFENDANT'S CONFLICT DISCLOSURE STATEMENT**

COMES NOW Defendant Marvin Harris, through undersigned counsel of record, and submits this Conflict Disclosure Statement as follows:

This Defendant, Marvin Harris, has no reportable relationship with any Judges in this case. As such, there are no conflicts known with any Judge.

Respectfully submitted,

/s/ William E. Shreve, Jr.
COOPER C. THURBER     (THUR4686)
WILLIAM E. SHREVE, JR.  (SHREW3946)
K. AMANDA HERNDON    (HERNK4561)
Attorneys for Defendants SAIA Motor
Freight Line, LLC; Adrian L. Bounds; and
Marvin Harris

OF COUNSEL:

LYONS, PIPES & COOK, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL  36652
P: (251) 432-4481
F: (251) 433-1820
Email: CCT@LPClaw.com
       WES@LPClaw.com
       KAH@LPClaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served on all known counsel of record via electronic filing on this the **21st** day of February, 2008.

Josh Wright, Esq.
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama 35202

Jerry L. Thornton, Esq.
120 LaFayette Street
P. O. Box 759
Hayneville, Alabama 36040

*lsl William E. Shreve, Jr.*
WILLIAM E. SHREVE, JR.

2