IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEAH A. DERAMUS,<br><br>   Plaintiff,<br><br>vs.<br><br>SAIA MOTOR FREIGHT LINE, LLC,<br>ADRIAN L. BOUNDS, and MARVIN<br>HARRIS,<br><br>   Defendants. | *<br>*<br>*<br>*<br>*<br>*  CASE NO. 2:08-cv-23-MEF<br>*<br>*<br>*<br>*<br>* |

**DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR REMAND**

COMES NOW, Defendants, SAIA Motor Freight Line, LLC, Adrian L. Bounds. and Marvin Harris, in the above styled matter and through their undersigned counsel files their Response in Opposition to Plaintiff's Motion to Remand.  In Response to Plaintiff's Motion to Remand, the Defendants would respectfully show unto this Honorable Court to whit:

1.   On or about December 1, 2007, the above styled matter was improperly commenced in the Circuit Court of Autauga County, Alabama ("Circuit Court") as Civil Action Number CV-2007-90001-32-00, against SAIA Motor Freight Line, LLC ("SAIA"), Adrian L. Bounds ("Bounds"), and Marvin Harris ("Harris") and fictitious Defendants Nos. 1 through 22.

2.   On or about January 9, 2008, Harris and Bounds filed a Notice of Removal of this action to the United States District Court for the Middle District of Alabama ("District Court"). Defendant Harris then filed his individual notice consenting to the removal of this action. Plaintiff filed her Motion to Remand this case from District Court on February 4, 2008.  The

Plaintiff argues that the case should be in Circuit Court because Harris is properly joined as a Defendant, and therefore, this Honorable Court had no basis for removing the case.

3. However, the Plaintiff improperly joined Harris as a Defendant in this matter solely in an attempt to have this action remain in Circuit Court.

4. Without the improper and fraudulent joinder of Harris, there would be complete diversity of jurisdiction among all other named parties to this litigation. This is affirmed in the Plaintiff's Complaint. (See, ¶¶ 1-8, pp. 2-3).

5. The Defendants' thereby adopt SAIA and Bounds' Notice of Removal in its entirety and incorporate said Notice of Removal herein. Furthermore, the Defendants emphasize Harris' Consent to the Removal of this action previously filed with the Court.

6. This Response in Opposition to Plaintiff's Motion to Remand is further supported by the Brief and the Exhibits attached to said Brief filed in support hereof.

WHEREFORE, PREMISES CONSIDERED, the Defendants, respectfully request this Honorable Court maintain their removal of this action to District Court and deny the Plaintiff's Motion to Remand.

Respectfully submitted this the 21st day of February, 2008.

*/s/ William E. Shreve, Jr.*
COOPER C. THURBER      (THUR4686)
WILLIAM E. SHREVE, JR.  (SHREW3946)
K. AMANDA HERNDON    (HERNK4561)
Attorneys for Defendants SAIA Motor
Freight Line, LLC; Adrian L. Bounds; and
Marvin Harris

OF COUNSEL:

LYONS, PIPES & COOK, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL  36652
P: (251) 432-4481
F: (251) 433-1820
Email: CCT@LPClaw.com
          WES@LPClaw.com
          KAH@LPClaw.com

## CERTIFICATE OF SERVICE

      I do hereby certify that a copy of the foregoing pleading has been served on all known counsel of record via electronic filing on this the **21st** day of February, 2008.

Josh Wright, Esq.
Joshua Lee. Firth, Esq.
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama 35202

Jerry L. Thornton, Esq.
120 LaFayette Street
P. O. Box 759
Hayneville, Alabama 36040

                                      *lsl William E. Shreve, Jr.*
                                      WILLIAM E. SHREVE, JR.