**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **LEAH A. DERAMUS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.: 2:08-cv-23-WC** |
| ) | |
| **SAIA MOTOR FREIGHT LINE, LLC,** ) | **UNOPPOSED** |
| **ADRIAN L. BOUNDS, and** ) | |
| **MARVIN HARRIS,** ) | |
| ) | |
| **Defendants.** ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO REPLY**

COMES NOW, Leah A. Deramus, through her undersigned counsel of record, and submits this Unopposed Motion to Extend Time to Reply as follows:

1. On or about February 7, 2008, this Court entered a briefing schedule for the Motion to Remand filed by the Plaintiff in this case.

2. Pursuant to that briefing schedule, Defendant was given seventeen (17) days to respond to Plaintiff's Motion to Remand. Plaintiff was then required to respond in a week.

3. In their response, Defendant submitted additional affidavits and exhibits unavailable to Plaintiff until February 21, 2008.

4. Plaintiff requests an additional 5 days to respond to the Opposition to Remand, making Plaintiff's response due on Thursday, March 6, 2008.

5. No party objects to this request; no party is prejudiced by this request.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests until March 6, 2008 to serve their reply brief to the Opposition filed by Defendants to the Motion to Remand.

        Respectfully submitted,


        /s/ *Josh J. Wright*
        JOSH J. WRIGHT (ASB- 4891-W51J)
        Attorney for Plaintiff

**OF COUNSEL:**

HOLLIS, WRIGHT & HARRINGTON, P.C.
505 North 20th Street
Suite 1500
Birmingham, AL 35203
(205) 324-3600
(205) 324-3636 Facsimile
joshw@hollis-wright.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that I have served a true and correct copy of the foregoing via the CM/ECF system and/or U.S. Mail First Class Mail, postage prepaid, to the following, this the 28th day of February, 2008:

Cooper C. Thurber
K. Amanda Herndon
William E. Shreve, Jr.
Lyons, Pipes  Cook, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL 36652

Jerry L. Thornton
120 LaFayette Street
P.O. Box 759
Hayneville, AL 36040

Marvin Harris
2701 Republic Blvd.
Birmingham, AL 35214

                /s/ *Josh J. Wright*
                OF COUNSEL