IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEAH A. DERAMUS, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-23-MEF |
| | ) |
| SALA MOTOR FREIGHT LINE, LLC, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of defendant Marvin Harris' Amended 12(b)(6) Motion to Dismiss and Answer to Plaintiff's Complaint (Doc. #22) filed on February 29, 2008, it is hereby

ORDERED that the plaintiff show cause in writing on or before March 13, 2008 as to why the motion should not be granted.

DONE this the 3rd day of March, 2008.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE