IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **LEAH A. DERAMUS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: 2:08-cv-23-MEF |
| | ) |
| **SAIA MOTOR FREIGHT LINE, LLC,** | ) |
| **ADRIAN L. BOUNDS, and** | ) |
| **MARVIN HARRIS,** | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO REMAND

**COMES NOW** the Plaintiff, by and through her undersigned counsel of record, and hereby files this Notice of Withdrawal of Plaintiff's Motion to Remand. In support of this Notice, Plaintiff states as follows:

1. Plaintiff has contemporaneously filed herewith, a motion voluntarily requesting that this Court dismiss Defendant Marvin Harris without prejudice.

2. It appears from the affidavits and evidentiary submissions before the Court that Marvin Harris not a proper party defendant to this action at this time, which creates complete diversity.

3. As such, Plaintiff respectfully notifies the Court and all parties of her withdrawal of her Motion to Remand.

Respectfully submitted,

/s/ *Josh J. Wright*
JOSH J. WRIGHT (ASB- 4891-W51J)
JOSHUA L. FIRTH (ASB-2783-S68F)
Attorneys for Plaintiff

**OF COUNSEL:**
HOLLIS, WRIGHT & HARRINGTON, P.C.
505 North 20th Street
Suite 1500
Birmingham, AL 35203
(205) 324-3600
(205) 324-3636 Facsimile
joshw@hollis-wright.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing via the CM/ECF system and/or U.S. Mail First Class Mail, postage prepaid, to the following, this the 6th day of March, 2008:

Cooper C. Thurber
K. Amanda Herndon
William E. Shreve, Jr.
Lyons, Pipes Cook, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL 36652

Jerry L. Thornton
120 LaFayette Street
P.O. Box 759
Hayneville, AL 36040

/s/ *Josh J. Wright*
OF COUNSEL

2