IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **LEAH A. DERAMUS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: 2:08-cv-23-MEF |
| | ) |
| **SAIA MOTOR FREIGHT LINE, LLC,** | ) |
| **ADRIAN L. BOUNDS, and** | ) |
| **MARVIN HARRIS,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR DISMISSAL OF DEFENDANT MARVIN HARRIS

**COMES NOW** the Plaintiff, by and through her undersigned counsel of record, and, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby files this Motion for Dismissal of Defendant Marvin Harris. Based upon the pleadings and evidentiary support filed in this action, it does not appear that Marvin Harris is a proper party defendant to this action at this time, and as such, Plaintiff respectfully requests that this Court enter an Order dismissing, without prejudice, any and all claims asserted against Defendant Marvin Harris in the above-styled action.

Respectfully submitted,

/s/ *Josh J. Wright*
JOSH J. WRIGHT (ASB- 4891-W51J)
JOSHUA L. FIRTH (ASB-2783-S68F)
Attorneys for Plaintiff

**OF COUNSEL:**
HOLLIS, WRIGHT & HARRINGTON, P.C.
505 North 20th Street
Suite 1500
Birmingham, AL 35203
(205) 324-3600
(205) 324-3636 Facsimile
joshw@hollis-wright.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the foregoing via the CM/ECF system and/or U.S. Mail First Class Mail, postage prepaid, to the following, this the 6th day of March, 2008:

Cooper C. Thurber
K. Amanda Herndon
William E. Shreve, Jr.
Lyons, Pipes  Cook, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL 36652

Jerry L. Thornton
120 LaFayette Street
P.O. Box 759
Hayneville, AL 36040

                                                /s/ *Josh J. Wright*
                                                OF COUNSEL