IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEAH A. DERAMUS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:08-cv-23-MEF |
| | ) |
| SAIA MOTOR FREIGHT LINE, LLC, | ) |
| *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Dismiss filed on February 19, 2008 by Marvin Harris and the Amended Motion to Dismiss (Doc. #22) filed on February 29, 2008, it is hereby

ORDERED that the motions are denied as MOOT. By order of this Court dated March 10, 2008, defendant Marvin Harris was dismissed as a party to this action.

DONE this the 12th day of March, 2008.

                                                       /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE