IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEAH A. DERAMUS,<br><br>    Plaintiff,<br><br>vs.<br><br>SAIA MOTOR FREIGHT LINE, LLC,<br>ADRIAN L. BOUNDS, and MARIN<br>HARRIS,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*   CASE NO. 2:08-cv-23-MEF<br>*<br>*<br>*<br>*<br>* |

## MOTION FOR HIPPA ORDER

COME NOW Defendants SAIA Motor Freight Line, LLC, Adrian L. Bounds, and Marvin Harris, and respectfully moves that the Court its standard HIPAA Order in the above styled cause so that the parties may obtain health-related information regarding plaintiff Leah A. Deramus. A proposed HIPAA Order is attached for the Court's review and consideration. (See Exh. A).

Respectfully submitted,

/s/ K. Amanda Herndon
COOPER C. THURBER    (THUR4686)
WILLIAM E. SHREVE, JR.  (SHREW3946)
K. AMANDA HERNDON    (HER048)
Attorneys for Defendants SAIA Motor
Freight Line, LLC; Adrian L. Bounds; and
Marvin Harris

        LYONS, PIPES & COOK, P.C.
        2 North Royal Street (36602)
        Post Office Box 2727
        Mobile, AL 36652
        Ph:  251-432-4481
        Fx:  251-433-1820
        CCT@lpclaw.com
        KAH@lpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 27th day of March, 2008, filed the foregoing via CM/ECF filing system and the following will be electronically notified:

Josh Wright, Esq.  
HOLLIS & WRIGHT, P.C.  
505 North 20th Street, Suite 1500  
Birmingham, Alabama 35202

Jerry L. Thornton, Esq.  
120 LaFayette Street  
P. O. Box 759  
Hayneville, Alabama 36040

        /s/ K. Amanda Herndon
        COOPER C. THURBER    (THUR4686)
        WILLIAM E. SHREVE, JR.  (SHREW3946)
        K. AMANDA HERNDON   (HER048)
        Attorneys for Defendants SAIA Motor
        Freight Line, LLC; Adrian L. Bounds; and
        Marvin Harris

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEAH A. DERAMUS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * |
| | *   CASE NO. 2:08-cv-23-MEF |
| SAIA MOTOR FREIGHT LINE, LLC, | * |
| And ADRIAN L. BOUNDS, | * |
| | * |
| Defendants. | * |

### HIPAA PROTECTIVE ORDER

Upon compliance with applicable provisions of Alabama law, the attorneys for the parties (and any pro se parties) to this lawsuit may obtain all health information relating to any individual who is a party to this case, or of any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee, and to obtain all information relative to payment for the provision of medical care to any such individual. This order neither broadens nor restricts any party's ability to conduct discovery pursuant to the Federal Rules of Civil Procedure, the sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996.

This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena. This Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996.

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Federal Rules of Civil Procedure. Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than an agent or employee of the attorney or party. This Order prohibits any use or disclosure of Protected Health Information for any purpose other than this litigation, and does not for allow for ex parte communications between Defendants, counsel defendants, or any representative of Defendants, and any treating doctor for Plaintiff.   .

At the conclusion of this action and at the written request of an individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information included in insurance claim files and law firm litigation files may be retained to allow compliance to the extent and for the period that such retention is required by Alabama Insurance laws and Alabama State Bar rules and regulations.

DONE and ORDERED on this the ____ day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

**PREPARED BY:**

JOSH J. WRIGHT
**Attorney for Plaintiff**
**Hollis, Wright & Harrington, P.C.**
**505 North 20th Street**
**Suite 1500**
**Birmingham, AL 35203**
**P: (205) 324-3600**
**F: (205) 324-3636**
joshw@hollis-wright.com

**APPROVED BY:**

K. AMANDA HERNDON
**Attorney for Defendants**
**SAIA Motor Freight Line, LLC**
**and Adrian L. Bounds**
**LYONS PIPES & COOK, P.C.**
**P. O. Box 2727**
**Mobile, AL 36652**
**P: (251) 432-4481**
**F: (251) 433-1820**
KAH@lpclaw.com