IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEAH A. DERAMUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 2:08cv23-MEF |
| ) | |
| SAIA MOTOR FREIGHT LINE, LLC, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER TO SHOW CAUSE**

On March 27, 2008, Defendants filed a Motion for HIPPA Order (Doc. #30). Accordingly, it is

ORDERED Plaintiff shall show cause in writing why the motion should not be granted **on or before April 11, 2008**.

The Court further reminds the parties of their obligation under the Federal Rules of Civil Procedure to meet and confer prior to filing discovery motions.

Done this 28th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE