IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEAH A. DERAMUS, | * |
| Plaintiff, | * |
| vs. | *   CASE NO. 2:08-cv-23-MEF |
| SAIA MOTOR FREIGHT LINE, LLC, and ADRIAN L. BOUNDS, | * |
| Defendants. | * |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

COME NOW, counsel for both Plaintiff and Defendant and hereby respectfully requests that this Honorable Court continue the Scheduling Conference in this matter set for April 4, 2008. As grounds for this motion, counsel for both parties has appointments at the same day and time as the currently set Scheduling Conference and therefore, will not be able to attend said Conference.

WHEREFORE, premises considered, counsel for both Plaintiff and Defendant and respectfully requests that this Honorable Court grant its Joint Motion to Continue the Scheduling Conference set to occur in this matter on April 4, 2008.

Respectfully submitted,

/s/ K. Amanda Herndon
COOPER C. THURBER     (THUR4686)
WILLIAM E. SHREVE, JR. (SHREW3946)
K. AMANDA HERNDON    (HER048)

        Attorneys for Defendants SAIA Motor
Freight Line, LLC and Adrian L. Bounds
LYONS, PIPES & COOK, P.C.
2 North Royal Street (36602)
Post Office Box 2727
Mobile, AL 36652
Phone:  251-432-4481
Fax:  251-433-1820
CCT@lpclaw.com
KAH@lpclaw.com


 s/  *Josh Wright*
JOSH WRIGHT (ASB -4891-W51J)
JOSHUA FIRTH (ASB-2783-S68F)
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, AL  35202
Phone:  205-324-3600
Fax:  205-324-3636
jwright@hollis-wright.com
jfirth@hollis-wright.com


## CERTIFICATE OF SERVICE

I hereby certify that I have on this **31st** day of March, 2008, filed the foregoing via CM/ECF filing system and the following will be electronically notified:

Jerry L. Thornton, Esq.
120 LaFayette Street
P. O. Box 759
Hayneville, Alabama 36040


     */s/ K. Amanda Herndon*                              .
K. AMANDA HERNDON    (HER048)

2