IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEAH A. DERAMUS,                          )
                                          )
        Plaintiff,                        )
v.                                        )    CASE NO. 2:08-cv-23-MEF
                                          )
SAIA MOTOR FREIGHT LINE, LLC,             )
*et al.,*                                 )
                                          )
        Defendants.                       )

# **O R D E R**

Upon consideration of the Joint Motion to Continue Scheduling Conference (Doc. #34) filed on March 31, 2008, it is hereby

ORDERED that the motion is GRANTED.  The scheduling conference set for April 4, 2008 is continued to May 13, 2008 at 11:00 A.M. in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 2nd day of April, 2008.

_____
                /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE