IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEAH A. DERAMUS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:08-cv-23-MEF |
| | ) |
| SAIA MOTOR FREIGHT LINE, LLC, | ) |
| *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that the Court's order (Doc. #35) setting a scheduling conference for May 13, 2008 is VACATED and the scheduling conference set for May 13, 2008 is CANCELLED. A Uniform Scheduling Order will be entered by the court.

DONE this the 8th day of May, 2008.

                                           /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE