IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEAH A. DERAMUS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO.: 2:08-cv-23-WC |
| | ) |
| SAIA MOTOR FREIGHT LINE, LLC, | ) |
| ADRIAN L. BOUNDS, and | ) |
| MARVIN HARRIS, | ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF SERVICE OF DISCOVERY**

      Comes the Plaintiff in the above-styled and numbered cause of action and hereby gives notice that the plaintiff has served on counsel for all parties the following discovery document(s):

    (    )     Interrogatories

    (    )     Answers to Interrogatories

    (    )     Request for Production

    (    )     Responses to Request for Production

    (    )     Notice to Take Deposition

    ( X )     OTHER: **PLAINTIFF'S RULE 26 DISCLOSURES**

                                                  Respectfully submitted,

                                                  /s/ *Josh J. Wright*
                                                  JOSH J. WRIGHT (ASB- 4891-W51J)
                                                  Attorney for Plaintiff

**OF COUNSEL:**
HOLLIS, WRIGHT & HARRINGTON, P.C.
505 North 20th Street
Suite 1500

Birmingham, AL 35203
(205) 324-3600
(205) 324-3636 Facsimile
joshw@hollis-wright.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following recipients and served upon all non-registered parties to this action by depositing a copy of the same in the U.S. Mail, postage prepaid on this the 20th day of May, 2008:

Cooper C. Thurber
K. Amanda Herndon
William E. Shreve, Jr.
Lyons, Pipes  Cook, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL 36652

Jerry L. Thornton
120 LaFayette Street
P.O. Box 759
Hayneville, AL 36040

                                        /s/ *Josh J. Wright*
                                        OF COUNSEL