# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEAH A. DERAMUS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:08-cv-23-MEF |
| | ) |
| SAIA MOTOR FREIGHT LINE, LLC, | ) |
| ADRIAN L. BOUNDS, and | ) |
| MARVIN HARRIS, | ) |
| | ) |
|     Defendants. | ) |

## JOINT MOTION TO CONTINUE
## EXPERT DISCLOSURE DEADLINES

**COMES NOW** the parties, though the undersigned parties, and jointly move to extend the expert witness disclosure deadlines by forty-five (45) days. As grounds, the parties state as follows:

1. This honorable Court entered a Uniform Scheduling Order on or about May 8, 2008.

2. Pursuant to the Scheduling Order, expert disclosures were required by Plaintiff on June 17, 2008, and by Defendants on July 17, 2008.

3. Due to a medical condition and hospitalization of one of the lawyers in this case, critical depositions necessary to the

disclosure of expert witnesses had to be moved until mid July 2008.

4. The parties therefore move to have expert deadlines moved to the following dates:

      Plaintiff – August 4, 2008

      Defendants – September 4, 2008

5. These requested date changes do not impact other deadlines. For example, the discovery cutoff in this case is not until November 20, 2008.

6. No prejudice will be caused to any party. As such, all parties jointly file the present Motion.

WHEREFORE, PREMISES CONSIDERED, the parties ask that this Honorable Court move the expert disclosure deadlines as proposed herein.

      Respectfully submitted,

      /s/ *Josh J. Wright*
      JOSH J. WRIGHT (ASB- 4891-W51J)
      JOSHUA L. FIRTH (ASB-2783-S68F)
      Attorneys for Plaintiff

**OF COUNSEL:**
HOLLIS, WRIGHT & HARRINGTON, P.C.
505 North 20th Street
Suite 1500
Birmingham, AL 35203
(205) 324-3600

(205) 324-3636 Facsimile
joshw@hollis-wright.com

                                      /s/ *Cooper C. Thurbur*
                                      COOPER C. THURBUR(ASB-THU002)
                                      Attorney for Defendants

**OF COUNSEL:**
LYONS, PIPES & COOK, P.C.
P.O. Box 2727
Mobile, AL 36652

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing via the CM/ECF system and/or U.S. Mail First Class Mail, postage prepaid, to the following, this the 17th day of June, 2008:

Jerry L. Thornton
120 LaFayette Street
P.O. Box 759
Hayneville, AL 36040

                                      /s/ *Josh J. Wright*
                                      OF COUNSEL