IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEAH A DERAMUS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-23-MEF |
| | ) | |
| SAIA MOTOR FREIGHT LINE, | ) | |
| LLC, *et al.*, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER

This Cause is before the Court on the parties' Joint Motion to Continue Expert Disclosure Deadlines (Doc. # 43). After careful review of the Plaintiff's submissions to this Court, it is hereby ORDERED that:

(1) The parties' Joint Motion to Continue Expert Disclosure Deadlines (Doc. # 43) is GRANTED. The new deadlines for disclosure of the reports of retained experts or witnesses whose duties as an employee of the party regularly involved giving expert testimony, required by Rule 26(a)(2) of the Federal Rules of Civil Procedure shall be:

From the Plaintiff — **August 4, 2008**

From the Defendants — **September 4, 2008**

**The parties should take note that this extension of the expert disclosure deadlines shall not constitute grounds for a later request to extend the dispositive motion deadline.**

(2) The parties' Joint Motion for Extension of Expert Deadlines (Doc. # 42) is DENIED AS MOOT.

DONE this the 23rd day of June, 2008.

                                            /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE