IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEAH A. DERAMUS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CASE NO.: 2:08-cv-23-WC |
| | ) |
| SAIA MOTOR FREIGHT LINE, LLC, | ) |
| ADRIAN L. BOUNDS, and | ) |
| MARVIN HARRIS, | ) |
| | ) |
|    Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY

      Comes the Plaintiff in the above-styled and numbered cause of action and hereby gives notice that the plaintiff has served on counsel for all parties the following discovery document(s):

1. RE-NOTICE OF DEPOSITION OF CHAD RICHARDS: and

2. RE-NOTICE OF DEPOSITION OF ADRIAN BOUNDS.

      Respectfully submitted,

      */s/ Josh J. Wright*
      JOSH J. WRIGHT (ASB- 4891-W51J)
      Attorney for Plaintiff

**OF COUNSEL:**
HOLLIS, WRIGHT & HARRINGTON, P.C.
505 North 20th Street
Suite 1500
Birmingham, AL 35203
(205) 324-3600
(205) 324-3636 Facsimile
joshw@hollis-wright.com

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing has been electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following recipients and served upon all non-registered parties to this action by depositing a copy of the same in the U.S. Mail, postage prepaid on this the 15th day of July, 2008:

Cooper C. Thurber
K. Amanda Herndon
William E. Shreve, Jr.
Lyons, Pipes  Cook, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL 36652

Jerry L. Thornton
120 LaFayette Street
P.O. Box 759
Hayneville, AL 36040

                                                  /s/ *Josh J. Wright*
                                                  OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEAH A. DERAMUS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:08-cv-23-MEF |
| | ) |
| SAIA MOTOR FREIGHT LINE, LLC, | ) |
| ADRIAN L. BOUNDS, and | ) |
| MARVIN HARRIS, | ) |
| | ) |
|     Defendants. | ) |

## RE-NOTICE OF DEPOSITIONS

**To:** Cooper C. Thurber
K. Amanda Herndon
William E. Shreve, Jr.
Lyons, Pipes  Cook, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL 36652

**Deponent:** Chad Richard

**Date:** Thursday, July 17, 2008

**Time:** Immediately following the Deposition of Adrian Bounds

**Location:** Law Office of Staines & Eppling
3500 N. Causeway Blvd.
Suite 820
Metairie, LA  70002

Please take notice that, Hollis, Wright & Harrington, attorneys for Plaintiff, Leah Dearmus  will take the deposition, of the deponent named above, at the time, date and location indicated above, upon oral examination pursuant to the Federal Rules of Civil Procedure, before an officer duly authorized to administer oaths and swear witnesses.

Said deposition shall be taken for all purposes authorized by the Federal Rules of Civil Procedure. The oral examination will shall continue or be resumed from time to time until the same has been completed. The Plaintiffs have noticed this deposition by videotape to aid the jury or fact finder in their understanding of the evidence and testimony presented in this deposition. This deposition is for discovery and trial purposes.

### Documents Requested

The Plaintiff requests that the deponent produce the following document at or before the time of deposition:

1. A copy of your cell phone records for December 3, 2005.

2. A copy of your receipts reflecting any and all out of pocket expenses on December 3, 2005.

3. Any documentation reflecting any and all out of pocket expenses on December 3, 2005

4. A copy of your gas card/voucher receipts for any and all gasoline purchased on December 3, 2005.

5. A copy of any and all journals/logs provided to you or generated by you on December 3, 2005.

6. Any and all items, documents or things that have been provided to you, which you have reviewed or which you have generated in this case.

Respectfully submitted,

/s/ Josh J. Wright
JOSH J. WRIGHT, ESQ. (WRI045)

                                                         Attorney for Plaintiff

**OF COUNSEL:**
**HOLLIS, WRIGHT & HARRINGTON, P.C.**
505 North 20th Street, Suite 1500
Birmingham, AL 35202
(205) 324-3600
(205) 324-3636 Facsimile

### CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of July, 2008 a copy of the foregoing was served upon counsel of record for all parties to this proceeding by electronic means or by placing a copy thereof in the United States Mail, first-class postage thereon prepaid and properly addressed as follows:

Cooper C. Thurber
K. Amanda Herndon
William E. Shreve, Jr.
Lyons, Pipes Cook, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL 36652

Jerry L. Thornton
120 LaFayette Street
P.O. Box 759
Hayneville, AL 36040

                                        /s/ Josh J. Wright
                                        JOSH J. WRIGHT, ESQ. (WRI045)
                                        Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEAH A. DERAMUS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:08-cv-23-MEF |
| | ) |
| SAIA MOTOR FREIGHT LINE, LLC, | ) |
| ADRIAN L. BOUNDS, and | ) |
| MARVIN HARRIS, | ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF DEPOSITIONS**

**To:** Cooper C. Thurber
K. Amanda Herndon
William E. Shreve, Jr.
Lyons, Pipes Cook, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL 36652

**Deponent:** Adrian Bounds

**Date:** Thursday, July 17, 2008

**Time:** Immediately following the Deposition of the corporate representative

**Location:** Law Office of Staines & Eppling
3500 N. Causeway Blvd.
Suite 820
Metairie, LA  70002

Please take notice that, Hollis, Wright & Harrington, attorneys for Plaintiff, Leah Dearmus  will take the deposition, of the deponent named above, at the time, date and location indicated above, upon oral examination pursuant to the Federal Rules of Civil Procedure, before an officer duly authorized to administer oaths and swear witnesses.

Said deposition shall be taken for all purposes authorized by the Federal Rules of Civil Procedure.  The oral examination will shall continue or be resumed from time to time until the same has been completed.  The Plaintiffs have noticed this deposition by videotape to aid the jury or fact finder in their understanding of the evidence and testimony presented in this deposition.  This deposition is for discovery and trial purposes.

### Documents Requested

The Plaintiff requests that the deponent produce the following document at or before the time of deposition:

1. A copy of your cell phone records for December 3, 2005.

2. A copy of your receipts reflecting any and all out of pocket expenses on December 3, 2005.

3. Any documentation reflecting any and all out of pocket expenses on December 3, 2005

4. A copy of your gas card/voucher receipts for any and all gasoline purchased on December 3, 2005.

5. A copy of any and all journals/logs provided to you or generated by you on December 3, 2005.

6. Any and all items, documents or things that have been provided to you, which you have reviewed or which you have generated in this case.

                                            Respectfully submitted,
                                            /s/ Josh J. Wright
                                            JOSH J. WRIGHT, ESQ. (WRI045)
                                            Attorney for Plaintiff

**OF COUNSEL:**
**HOLLIS, WRIGHT & HARRINGTON, P.C.**
505 North 20th Street, Suite 1500
Birmingham, AL 35202
(205) 324-3600
(205) 324-3636 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2008 a copy of the foregoing was served upon counsel of record for all parties to this proceeding by electronic means or by placing a copy thereof in the United States Mail, first-class postage thereon prepaid and properly addressed as follows:

Cooper C. Thurber
K. Amanda Herndon
William E. Shreve, Jr.
Lyons, Pipes Cook, P.C.
2 North Royal Street (36602)
P.O. Box 2727
Mobile, AL 36652

Jerry L. Thornton
120 LaFayette Street
P.O. Box 759
Hayneville, AL 36040

/s/ Josh J. Wright
JOSH J. WRIGHT, ESQ. (WRI045)
Attorney for Plaintiff