IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LEAH A. DERAMUS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | CASE NO. 2:08-cv-23-MEF |
| SAIA MOTOR FREIGHT LINE, LLC, | * | |
| and ADRIAN L. BOUNDS, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF WITHDRAWAL

COMES NOW the firm of Lyons, Pipes & Cook, P.C. in the above matter and hereby gives notice to the Court and all parties that Katherine A. Herndon of Lyons, Pipes & Cook is withdrawing as counsel for Defendant. Notwithstanding this withdrawal, Defendants remain represented by Cooper C. Thurber of the law firm of Lyons, Pipes & Cook, P.C.

Respectfully submitted,

/s/ Cooper C. Thurber
COOPER C. THURBER        (THUR4686)
Attorney for Defendants SAIA Motor Freight
Line, LLC and Adrian L. Bounds

OF COUNSEL:

Lyons, Pipes & Cook, P.C.
2 North Royal Street
Post Office box 2727
Mobile, Alabama 36652-2727
Phone: 251-432-4481
E-mail: CCT@LPCLAW.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 24th day of July, 2008, filed the foregoing via CM/ECF filing system and the following will be electronically notified:

Jerry L. Thornton, Esq.  
120 LaFayette Street  
P. O. Box 759  
Hayneville, Alabama 36040  

Josh Wright, Esq.  
Joshua Firth, Esq.  
Hollis & Wright, P.C.  
505 North 20th Street, Suite 1500  
Birmingham, AL  35202  

/s/ COOPER C. THURBER  
COOPER C. THURBER