IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEAH A. DERAMUS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:08-cv-23-MEF |
| | ) |
| SAIA MOTOR FREIGHT LINE, LLC, | ) |
| ADRIAN L. BOUNDS, and | ) |
| MARVIN HARRIS, | ) |
| | ) |
|    Defendants. | ) |

## JOINT MOTION TO CONTINUE
## EXPERT DISCLOSURE DEADLINES

**COME NOW** the parties, though the undersigned counsel, and jointly move to extend the expert witness disclosure deadlines. As grounds, the parties state as follows:

1. This honorable Court entered a Uniform Scheduling Order on or about May 8, 2008.

2. This honorable Court has once continued the expert disclosure deadlines in this case, making deadlines due August 4, 2008 for Plaintiff and September 4, 2008 for Defendants.

3. Due to a medical condition and hospitalization of one of the lawyers in this case, who has today been required to withdrawn

from this case, critical depositions necessary to the disclosure of expert witnesses have been delayed.

4. The parties have completed at least eight (8) depositions in this case to date regardless of such medical condition.

5. The parties therefore move to have expert deadlines moved to the following dates:

>Plaintiff – September 14, 2008

>Defendants – October 14, 2008

6. These requested date changes do not impact other deadlines. For example, the discovery cutoff in this case is not until November 20, 2008.

7. No prejudice will be caused to any party. As such, all parties jointly file the present Motion.

WHEREFORE, PREMISES CONSIDERED, the parties ask that this Honorable Court move the expert disclosure deadlines as proposed herein.

>Respectfully submitted,

>/s/ *Josh J. Wright*
>JOSH J. WRIGHT (ASB- 4891-W51J)
>JOSHUA L. FIRTH (ASB-2783-S68F)
>Attorneys for Plaintiff

**OF COUNSEL:**
HOLLIS, WRIGHT & HARRINGTON

505 North 20th Street
Suite 1500
Birmingham, AL 35203
(205) 324-3600
(205) 324-3636 Facsimile
joshw@hollis-wright.com

/s/ *Cooper C. Thurbur*
COOPER C. THURBUR(ASB-THU002)
Attorney for Defendants

**OF COUNSEL:**
LYONS, PIPES & COOK, P.C.
P.O. Box 2727
Mobile, AL 36652

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing via the CM/ECF system and/or U.S. Mail First Class Mail, postage prepaid, to the following, this the 25th day of July, 2008:

Jerry L. Thornton
120 LaFayette Street
P.O. Box 759
Hayneville, AL 36040

/s/ *Josh J. Wright*
OF COUNSEL

3