IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEAH A. DERAMUS, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-23-MEF |
| | ) |
| SAIA MOTOR FREIGHT LINE, LLC, | ) |
| *et al.,* | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

Upon consideration of the Joint Motion to Continue Expert Disclosure Deadline (Doc. #49) filed on July 25, 2008, it is hereby

ORDERED that the motion is GRANTED. The deadline for plaintiff's disclosure of expert witnesses is extended to September 14, 2008 and the deadline for defendants' disclosure of expert witnesses is extended to October 14, 2008.

DONE this the 29th day of July, 2008.

                                                        /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE