IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEAH A. DERAMUS, | * |
| Plaintiff, | * |
| vs. | * |
| | * CASE NO. 2:08-cv-23-MEF |
| SAIA MOTOR FREIGHT LINE, LLC, and ADRIAN L. BOUNDS, | * |
| Defendants. | * |

## MOTION TO WITHDRAW AND SUBSTITUTE ATTORNEY FOR DEFENDANTS

COMES NOW the undersigned attorney for Defendants, SAIA Motor Freight Line, LLC and Adrian L. Bounds, and moves the honorable Court for leave to withdraw K. Amanda Herndon as an attorney for the Defendants in this matter and as grounds would show unto the Court that K. Amanda Herndon is out on medical leave and unable to participate in this litigation.

Defendants request that this honorable Court allow J. Day Peake, III of Lyons, Pipes & Cook to be substituted as additional counsel for Defendants.

WHEREFORE, the premises considered, the law firm of Lyons, Pipes & Cook, P.C. move that K. Amanda Herndon be allowed to withdraw as counsel for the Defendants in the above referenced matter and J. Day Peake, III be substituted as counsel for Defendants.

Respectfully submitted,

/s/ Cooper C. Thurber
COOPER C. THURBER        (THUR4686)

                J. DAY PEAKE, III    (PEAKJ9462)
                Attorney for Defendants SAIA Motor Freight
                Line, LLC and Adrian L. Bounds

OF COUNSEL:

Lyons, Pipes & Cook, P.C.
2 North Royal Street
Post Office box 2727
Mobile, Alabama 36652-2727
Phone: 251-432-4481
E-mail: CCT@LPCLAW.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this 6th day of August, 2008, filed the foregoing via CM/ECF filing system and the following will be electronically notified:

Jerry L. Thornton, Esq.  
120 LaFayette Street  
P. O. Box 759  
Hayneville, Alabama 36040  

Josh Wright, Esq.  
Joshua Firth, Esq.  
Hollis & Wright, P.C.  
505 North 20th Street, Suite 1500  
Birmingham, AL 35202  

/s/COOPER C. THURBER  
COOPER C. THURBER